UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN PAVLICA,

    Plaintiff,

vs                                                               Case No: 13-13187
                                                               Honorable Victoria A. Roberts

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER

On February 19, 2014, Magistrate Judge Grand issued a Report and Recommendation [Doc. 10], recommending that Defendant's Motion for Summary Judgment [Doc. 9] be GRANTED and Plaintiff's Motion for Summary Judgment [Doc. 8] be DENIED. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **GRANTED** and Plaintiff's Motion is **DENIED**. Judgment will enter in favor of Defendant.

    **IT IS ORDERED**.

                                         S/Victoria A. Roberts
                                         Victoria A. Roberts
                                         United States District Judge

Dated: March 13, 2014

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 13, 2014.

S/Linda Vertriest
Deputy Clerk